# Exhibit 6

| | STATE | DATE LICENSED | MINIMUM DAYS SCREENED WITHOUT LICENSE | MINIMUM SCREENED WITHOUT LICENSE | SOURCE |
|---|---|---|---|---|---|
| | **SEGARRA UNLICENSED SCREENINGS** | | | | |
| 1 | Alabama | 11/29/1995 | 53 | 895 | Medicals |
| 2 | Arkansas | 04/02/2004 | 2 | 6 | Medicals |
| 3 | Colorado | 02/25/2003 | 3 | 54 | Medicals |
| 4 | California | 1/28/2005 | | | |
| 5 | Florida | 10/09/2003 | 45 | 590 | Medicals; *Murrell* 8/15/03 at 24 |
| 6 | Georgia | 11/07/2003 (Inactive 12/31/2005) | 3 | 65 | Medicals |
| 7 | Iowa | Never | 8 | 206 | Medicals |
| 8 | Illinois | Never | 6 | 138 | Medicals |
| 9 | Indiana | Never | 17 | 297 | Medicals |
| 10 | Louisiana | 05/21/1997 | 20 | 307 | Medicals |
| 11 | Massachusetts | Inactive | 6 | 64 | Medicals |
| 12 | Minnesota | Never | 8 | 187 | Medicals |
| 13 | Missouri | Never | 5 | 157 | Medicals |
| 14 | Montana | Never | 3 | 44 | Medicals |
| 15 | North Carolina | Never | | | *Morehouse* 10/14/02 at 19, 251-254 |
| 16 | Ohio | 01/23/2004 (Inactive 1/1/2006) | 12 | 624 | Invoices to RTS; Medicals |
| 17 | Oklahoma | Never | 2 | 56 | Medicals |
| 18 | Oregon | Never | 2 | 35 | Medicals |
| 19 | Tennessee | Never | 2 | 62 | Medicals |
| 20 | Texas[1] | APPLIED: 04/30/2001 TEMP: 09/24/2001 PERM: 12/07/2001 | 92 | 567 | Medicals |
| 21 | Virginia | Never | 2 | 38 | Medicals |
| 22 | Washington | Never | 10 | 385 | Invoices to RTS; Medicals |
| 23 | Wisconsin | Never | 5 | 123 | Medicals |
| | | TOTAL | 306 | 4900 | |

[1] Segarra screened at least 115 people over 14 days in Texas between the date he applied for a license (04/30/2001) and the date he was granted a temporary license (09/24/2001).



EXHIBIT 6