# Exhibit B

PROPOSAL

This agreement between R.T.S.; Charles E. Foster and Jay T. Segarra, M.D. is made and entered into this 19th day of September, 1996 for the dates October 1, 1996 to December 31, 1996 and in mid December to re evaluate the past business venture for future business ventures.

Jay T. Segarra, M.D. will work at the Mobile clinic for industrial/occupational workers located at 4362 Midmost Dr. Responsibilities will include reviewing charts of all patients.

R.T.S. will supply the medical facility, all supplies, medical staffing, office staffing, phone systems, a billing department, support staffing, and a marketing department.

R.T.S. agrees to 200.00 dollars a day up to 1,000.00 dollars in gross sales and an additional 25% of gross sales over 1,000.00 dollars per day.

Jay T. Segarra, M.D.

Charles E. Foster
R.T.S., Inc.

MDL875-RTS-0000448083