# Exhibit D

Case 3:09-cv-00083-HTW-LRA    Document 19    Filed 02/13/2009    Page 1 of 3



**Jay T. Segarra, M.D., FACP**     NIOSH Certified B-Reader

*Board certified in Internal Medicine, Pulmonary Diseases, & Critical Care*
Camellia Place • 2123 Government Street • Ocean Springs, Mississippi 39564
Phone/Fax (228) 872-2411

October 14, 1999

*[handwritten: GET COPY OF OTHER DR. CONTRACT]*   COPY

Respiratory Testing Services, Inc.
Attn: Diane
4362-A Midmost Drive
Mobile, Alabama 36609

Dear Diane:

1)  The above charges reflect a price schedule that was discussed with Mr. Charles Foster in the past. This consists of a charge of $85.00 for screening new workers with asbestos exposure, the $85.00 charge covering my professional fee regardless of the level of service provided at the time. In addition, workers coming in for a complete evaluation (physical exam, PFT's, complete dictated report, etc.) who had already been screened positive by prior chest-x-ray reading, would have their complete evaluation performed for $100.00. This was discussed and agreed to by Mr. Foster in the past.

2)  Charlie and I renegotiated our professional fees on 10/10/99. I will summarize the gist of what was agreed during that conversation:

   a)  The above price schedule specified in Paragraph 1 has expired and is no longer in effect. *[handwritten: 1. ASBESTOSIS - SILICOSIS PNEUMOCONIOSIS RELATED DISEASE SCREENINGS]*

   b) *[A,]* When new workers are screened for the presence of pneumoconiosis/asbestos-related disease, *[or silicosis]* on site, there will be a charge of $60.00 per individual if only an x-ray interpretation/B-reading is performed, *[INCLUDING ILO FORM]* *[handwritten margin: IR $0 people 100. SAME week performed IN OFFICE 35.00]*

   c) *[B,]* If a complete evaluation, ~~if~~ done on site, for a worker ~~is~~ being screened, ~~or an established client~~ receiving a ~~complete~~ evaluation including ~~a new chest x-ray interpretation~~, then the charge will be $180.00. ~~This charge includes the~~ physical exam, history, *[PED/ST AND CK W/DR]* PFT interpretation, ~~chest x-ray interpretation~~ with ILO reading and ILO form ~~when applicable~~. *[100.00]* *[margin: GUARANTEE 50 people A DAY OR 4000.]*

   d) *[C,]* ~~If I perform~~ a complete evaluation on a established client or exposed worker presenting with a chest x-ray interpretation/ILO reading already done previously, and if no new chest x-ray was taken for interpretation at that time, then the charge will be $~~140.00~~ *[125.00]*. If a new chest x-ray is taken for purposes of a new B-reading, then the charge becomes $~~180.00~~ *[140.00]*. *[40 people 20 or 2000]* *[margin: Retest 50 or 1250 or 4000.]*

   e) ~~It is understood that~~ RTS will not ~~be reimbursing me~~ for any travel expenses except in unusual circumstances that are agreed to previously by both parties. ~~Such unusual circumstances may include, though not necessarily, short notice air fare for brief trips that occur without much advance planning.~~ *[margin: 25 or 200]*



October 14, 1999
Respiratory Testing Services, Inc.
Attn: Diane
Page Two.

f) In the screenings (rare nowadays) where all exposed workers receive a full evaluation with the exception of those who have absolutely normal pulmonary function tests, the charge will be $~~180.00~~ *200.00* per individual. Those individuals who have completely normal pulmonary functions tests, and therefore are not eligible in this mode to go through the entire screening, shall have a chest x-ray taken for the purpose of excluding the possibility of unsuspected lung cancer. This lung cancer screening shall be performed by me for a nominal charge of $25.00.

*[handwritten margin: 35 people or 40 or 20 people, only 10 or 20 people]*

*we will guarantee*

g) The minimum daily charge for a day spent on site at a location greater than ~~140~~ *150* miles from my office will be $4,000.00. *The* minimum daily charge for a location within 1~~5~~0 miles of the office will be $3,000.00 or $~~2,000.00~~ *1500* per half day. ~~Half days are treated as full days at locations greater than 150 miles from my office.~~

h) If you perceive any misunderstanding about this agreement, please contact me immediately.

I hope this letter clarified ambiguity or confusion consists in terms of fee schedules. I am looking forward to working with Charlie, Guy, Chris, Suzanne and the rest of RTS far into the foreseeable future.

Sincerely,

*RTS will pay for shipping to your office*
*You will pay for shipping to our office*

Jay T. Segarra, MD

JTS:kk

cc: Mr. Charlie Foster