# Exhibit E

**FITZGERALD & ASSOCIATES**
*ATTORNEYS AND COUNSELORS AT LAW*

100 COURT SQUARE
CHARLOTTESVILLE, VA 22902
TEL:    (804) 984-4694
FAX:    (804) 984-4596
E-MAIL: mfitzlaw@bigfoot.com

December 14, 1998

Charles Foster
Respiratory Testing Service
4362 Midmost Drive, Suite
Mobile, AL  36609

Dear Charley:

As I discussed with Guy and Jay during the South Florida screenings, the conditions surrounding asbestos litigation are changing rapidly. The biggest concern is a bill pending in both the House and the Senate that would remove asbestos claims from the tort system and set up an arbitration panel to review them. Those bills would establish medical criteria similar to the Georgine requirements. If a claimant did not meet the medical criteria, a claim would not exist.

Those of us who represent asbestos victims are taking the threat seriously. We have established a lobbying task force and have raised considerable funds. However, not as much as has been raised by the manufacturers.

Until the threat of adverse legislation has been lifted, we need to conduct screenings in a different way. Instead of a B-Reading and a full pulmonary function test and medical exam, we need to revert to just a B-Reading. We would like to have the B-Reader present at the screening so that we can give the participants an immediate decision on whether or not they test positive. We would then schedule the medical exam and pulmonary function test at a later date.

Jay told me that it would make economic sense for him to do that if we scheduled 60-80 claimants per day for x-ray.

As we need to make this process effective beginning January 1, 1999, please let me know what the cost per participant would be.

Very truly yours,

J. Michael Fitzgerald

JMF/km