# Exhibit F

Case 3:09-cv-00083-HTW-LRA    Document 24-2    Filed 02/13/2009    Page 1 of 3

5

*Attorneys at Law*

# FRAZER DAVIDSON, P.A.

T. Roe Frazer II · John Davidson · Cynthia H. Speetjens · Lee Bowie · Patrick McMurtray
John G. "Trae" Sims III · Nathaniel A. Armistad · Judson M. Lee · Michael E. Back

*Of Counsel Edward J. Peters*

July 29, 2004

**VIA FEDERAL EXPRESS**
James W. Ballard, M.D.
ATTN: JENNIFER
4012 Greystone Drive
Birmingham, AL 35242

Re:   Silica Reports/Eugene Williams Case

Dear Jennifer:

I am enclosing folders for 87 plaintiffs contained within my Eugene Williams case now pending in Corpus Christi, Texas as part of the Silica MDL.

Each folder contains Dr. Ballard's initial B-read and an Exhibit A that this office has prepared based on information provided by the client. I hope that this "Exhibit A" is of help to Dr. Ballard in simplifying the process of preparing his reports.

Finally, I am also enclosing a letter that has been used in other silica cases as a suggestion for Dr. Ballard's use here. I have modified that letter to reflect the use of our Exhibit A, but defer to Dr. Ballard as to any different or additional language he would prefer.

Thank you for your attention to this matter. Please call me if you have any questions.

Sincerely,

Frazer Davidson, p.a.

Patrick D. McMurtray

PDM:amc
Encl.

(87) ind letters x 60.00/letter = 5,220.00
S+H = 30.00
$5,250.00

Billed 8/18/04
Inv #101038

500 East Capitol Street, Jackson, MS 39201 · T 601-969-9999 · F 601-969-0830 · www.frazerdavidson.com

Patrick D. McMurtray
Frazer Davidson, p.a.
500 East Capitol Street
Jackson, MS 39211

    Re:   Name
            SSN
            DOB

Dear Mr. McMurtray:

    At your request I have reviewed my prior reading of _____'s x-ray and the occupational and exposure history provided to me in the attached Exhibit A. On the basis of the history provided and my initial X-ray report it is my opinion, within a reasonable degree of medical certainty, that _____ has silicosis. I reserve the right to modify this report should further relevant information be provided.