# Exhibit G

13

## J. Ronald Parrish
### Lawyer

220 Rose Lane
Laurel, Mississippi 39443

September 29, 2000

Telephone
(601) 649-9200

Dr. James W. Ballard
3932 Knollwood Drive
Birmingham, AL 35243

Dear Dr. Ballard:

Enclosed are 103 x-rays which we shall appreciate you examining for asbestos exposure. Most of these clients have experienced exposure at multiple work sites. Please use the same procedure with these as you did with the others such as mailing the paperwork first, then the x-rays. We look forward to working with you regarding these x-rays and in the future.

Please feel free to call our office at (601)649-9200 should you have any questions or any other need.

Sincerely,

*J. Ronald Parrish*
J. Ronald Parrish

*Jeannene T. Pacific*
Jeannene T. Pacific