# Exhibit H

# FARRAGUT LAW FIRM, P.A.

## James L. Farragut, Jr.
### Attorney-at-Law

P.O. Box 1543  
Pascagoula, Mississippi 39568-1543

1934 Old Mobile Highway  
Pascagoula, Mississippi 39567

228-762-4447  
Fax 228-769-9050  
Toll Free 1-800-672-4440

May 1, 2001

James W. Ballard, M.D.  
3932 Knollwood Dr.  
Birmingham, AL 35243

RE: CHEST X-RAYS

Dear Dr. Ballard:

Enclosed you will find chest X-rays for the clients listed on the following page. Please examine the X-rays and make your determination as to whether the patients have bilateral interstitial lung disease, unilateral or bilateral pleural disease, or both. These clients were previously diagnosed with asbestosis, but we are having trouble with the way the doctor worded the medical reports.

You will also find a complete work history sheet along with the X-rays. Please make note of the clients' asbestos exposure history in the medical reports. We are also facing a deadline shortly on these particular clients, so your prompt attention would be greatly appreciated. Please send medical reports and chest x-rays, along with your bill for services rendered, back to our office upon completion.

Thank you for your help and if you need anything further, please feel free to contact our office.

Sincerely,

*[signature]*

James L. Farragut, Jr.  
Attorney at Law

/lep

Enclosures