# Exhibit I

## LAW OFFICE OF
## JIM·ZADEH

115 WEST 2ND ST. SUITE 201 • FORT WORTH, TEXAS 76102
TELEPHONE 817-335-5100 • TELEFAX 817-335-3974
jim@zadehfirm.com

*Copy*

July 8, 2002

James W. Ballard, M.D.
4012 Greystone Drive
Birmingham, AL  35242

        RE:    June 2002 Mississippi Screening
                 Total of 78 x-rays

Dear Dr. Ballard:

Enclosed please find the following three groups of x-rays for your review:

Substantial silica exposure = 47 x-rays
Substantial silica & asbestos exposure = 19 x-rays; and
Substantial asbestos exposure = 12 x-rays

My firm check in the amount of $3,510 is enclosed for payment of your b-reading fee.

Upon completion of your review please return the x-rays, your reports and ILO's to me. I have enclosed a return Fed Ex label for your convenience.

Very truly yours,

Jamshyd (Jim) M. Zadeh

JMZ/km

*(handwritten:)*
(78) ICO E___ × 45.00/ea
= 3,510.00

Billed 7/11/02
Statement # 202394
Pre-paid Ck# 1419
3,510.00
7/8/02