# Exhibit J



## James W. Ballard, M.D.

Licensed in Alabama and Florida
E-Mail: jwballard@albreader.com
4012 Greystone Drive
P.O. Box 381088

NIOSH Certified B-Reader

Phone: (205) 991-9367
Fax:   (205) 991-5827
Birmingham, AL 35242
Birmingham, AL 35238

October 10, 2002

Wallace & Graham, P.A.
Attorneys At Law
Attn: Angela Pope
525 North Main Street
Salisbury, NC 28144

Re: 5 ILO Exams (Asbestosis Only)

Angela:

This is a packing slip for the set of x-rays that we received in our office on September 24, 2002. Per your request, these are being read for asbestosis only. If your office needs b-readings for silicosis, then I will be happy to accommodate you.

If you have any questions or concerns, please do not hesitate to contact Jennifer Stewart or me.

Best regards,

*James W. Ballard, MD*

James W. Ballard, M.D.

(5) ILO Exams x 45.⁰⁰/exam =
@ $225.⁰⁰

Billed 10/10/02
Invoice # 100224

pd ck# 25262
11/7/02
@ 405.⁰⁰

JWB/jbs
Enclosures.