# Exhibit L

## SELF SUPPORT

R.T.S. mobile clinics are completely self contained and supportive. The units are powered by a 50 kw generator to ensure ample electrical power in all situations.

The mobile units are not only functional but very appealing to the eye. Your clients will be impressed not only with the service, but also the comforts such as central air and heat and modern design of our clinics.

## RESPONSIVENESS



R.T.S. is dedicated to the quickest possible service to both our clients and our patients. We maintain 3 complete mobile medical facilities complete with Pulmonary Function machines with gas diffusion, Radiological equipment, audiometry equipment, to mention a few, as well as a complete, licensed, certified and NIOSH (National Institute for Occupational Safety and Health) approved Physicians and medical staff.

You might have been exposed to asbestos if you worked at one of the following plants or in the trade with at least 3 years exposure prior to 1973:

1. Aluminum Plant
2. Auto Mechanic Shop
   (Asbestos Brakes & Clutches)
3. Boilermakers
4. Carpet Mills w/boilers
5. Carpenters
6. Chemical Plant
7. Electricians
8. Fertilizer Plant, Protochemical Plant
9. Glass Foundries
10. Insulators
11. Ironworkers
12. Laborers
13. Machinists/Millwrights
14. Mine Workers
15. Navy Ships in boiler room
16. Oil Refinery
17. Painters
18. Papermill
19. Pipefitters
20. Power Houses
21. Power Plant
22. Railroad
23. Rubber Plants
24. Shipyard
25. Steel Foundry
26. Steel Mill

**RESPIRATORY TESTING SERVICES, INC.**
TESTING FOR ASBESTOSIS
DONE LOCALLY
CALL FOR APPOINTMENT
**1-800-997-8378**

**R.T.S., Inc.**

*Asbestos and Silica Disease Screening Throughout the United States*
Facilities with 100% mobile capabilities



**1-800-997-8378**

Thank you for allowing me the time to present Respiratory Testing Services to you.

Working as a pipefitter in the building trades for many years, I was exposed to products containing asbestos. I was tested for an asbestos related lung disease in 1988. The results were positive with an ILO reading of 1/0 which progressed to a reading of 1/1 within 3 years. My ILO reading, which is a measurement of the degree of lung damage, is a perfect example of the progressive nature of this disease. Asbestosis may take approximately 25 to 30 years before it is evident on a chest x-ray.

Our mobile clinic provides complete medical evaluations by Board Certified NIOSH (National Board of Occupational Safety and Health) approved Physicians, Radiologic Technologists, Respiratory Therapists and/or Technicians. The screening includes a complete work history, followed by a chest x-ray consisting of 2-4 films which is performed by a registered Radiologic Technologist. Once the x-rays are completed a Pulmonologist (Lung Specialist) evaluates them.

If there is no radiographic evidence of disease after the x-ray has been evaluated, the testing procedure is over and the patient is notified that asbestosis is a progressive disease, and with their exposure history should be re-tested every year and a half to two years.

For the patients with positive results, a board certified Respiratory Therapist/Technician will perform a Pulmonary Function Test which will include Spirometry, Lung Volumes, and a Diffusion Test that are performed by the American Thoracic Society standards. To finish the test a physical exam is done by a Certified Pulmonologist experienced in occupational lung diseases. The Physician then consults with the patient to make a complete medical interpretation. This provides the patient with a thorough understanding of their test results and lung condition.

There is no out of pocket expenses to the patient. For those who are diagnosed positive, the cost of the test will be deducted from any recovery made from the manufacturers of asbestos products. When the medical aspect of the testing is over, an attorney or their representative will discuss with the patient their rights, under the law, for compensation due to occupational exposure to asbestos. They will also answer any questions related.

Sincerely,

Charles R. Foster, Sr.

## EXPERIENCE AND PERFORMANCE

Respiratory Testing Services, Inc. was formed in 1994 to fill a void in the South East United States. R.T.S. offers local service in our facility at 4362 Midmost Drive, in Mobile, AL as well as being entirely mobile with all of our diagnostic testing services.

We retain on our staff, full time, the following board certified and NIOSH (National Institute for Occupational Safety and Health) approved physicians:

▼ Pulmonologist
- Internal Medicine
- Pulmonary Disease
- Critical Care Medicine
- NIOSH approved B-Reader

Internal Medicine Specialist
▼
- Emergency Medicine
- Hyperbaric Medicine
- Audiology
- Diving Medicine

We also maintain board certified and NIOSH approved CRTTs, RTs, Med Techs, as well as other technical staff with a combined 180+ years of medical experience and expertise.



RESPIRATORY TESTING SERVICES, INC.
TESTING FOR ASBESTOSIS
DONE LOCALLY
CALL FOR APPOINTMENT
1-800-997-8378

## PROFESSIONAL SUPPORT

R.T.S. works with state and federal agencies so that at all times, R.T.S. not only meets, but exceeds those standards set forth by government agencies.

## BACKED BY TECHNOLOGY

R.T.S. has spared no expense in equipping the mobile units with state of the art equipment. This all but eliminates equipment break down or flawed test results. All equipment is maintained and calibrated according to NIOSH (National Institute for Occupational Safety and Health) and ATS (American Thoracic Society) standards.



VMAX 2200 SERIES