# Exhibit N

**FITZGERALD & ASSOCIATES**
*ATTORNEYS AND COUNSELORS AT LAW*

100 COURT SQUARE ANNEX
CHARLOTTESVILLE, VA 22902
TEL:    (804) 984-4694
FAX:    (804) 984-4596
E-MAIL: mfitzlaw@bigfoot.com

March 4, 1999

Guy Foster
Respiratory Testing Service
4362 Midmost Drive, Suite A
Mobile, AL  36609

      Re:    Asbestos Screenings

Dear Guy:

      As you know, it is permissible for a law firm to set up a health screening for members of a union, if the union itself asks for that assistance. I am enclosing a form letter asking for that assistance. Please have each union put the letter on its own letterhead and send it to me before any screening. Without such a letter in the file, one or more of the potential defendants might create unwanted problems.

      I am also enclosing a notice letter that the unions should provide to their members. It differs slightly from the letter that has been previously used. We have deleted any language that would lead to the impression that the law firm is sponsoring the screening. The law firm is assisting the union in setting up the screening. The union itself is the sponsor. Please use this letter for any future screenings.

      Thank you for your assistance in this matter.

              Very truly yours,

              J. Michael Fitzgerald

JMF/kam

Enclosure

Michael Fitzgerald
100 Court Square, Ste 5
Charlottesville, VA. 22902

Dear Mr. Fitzgerald:

As you may be aware, our union has many members whom we believe to have been occupationally exposed to asbestos containing materials and who therefore may suffer from various asbestos related maladies. We would like for you to make the necessary arrangements to have these individuals screened for asbestos related disease. Please contact me at the earliest convience so that we can make the appropriate arrangements.

Sincerely yours,


_____

Union Representative
Local 12

Michael Fitzgerald
100 Court Square, Ste 5
Charlottesville, VA. 22902

Dear Mr. Fitzgerald:

As you may be aware, our union has many members whom we believe to have been occupationally exposed to asbestos containing materials and who therefore may suffer from various asbestos related maladies. We would like for you to make the necessary arrangements to have these individuals screened for asbestos related disease. Please contact me at the earliest convience so that we can make the appropriate arrangements.

Sincerely yours,

Union Representative
Local 12