# Exhibit O

RE: Asbestos Testing:

Dear Member:

As you may be aware the membership of our local has been exposed to asbestos containing products in the work environment for some time. We are advised by medical professionals that exposure to asbestos containing materials is dangerous to your pulmonary system and your health in general.

As a service to you, **Plumbers & Steamfitters** local number 498 has made arrangements for an asbestos related disease testing by an attorney who have represented many claimants with asbestos related diseases. The attorney is Michael Fitzgerald. You can contact him at 1-800-933-3931 and they will make the necessary arrangements to see that you are properly tested for an asbestos related lung disease.

We at **Plumbers & Steamfitters** local number 498 believe that it is important that all of our members are tested so that if their health has been damaged by occupational exposure to asbestos they get properly compensated for their injury. If you have been previously tested with the test showing no medical evidence of an asbestos related disease and it has been over one year you should be retested. To qualify to be tested you must have four (4) years exposure to asbestos containing materials prior to 1973 or some exposure in the early 1960's or prior. There will be no out of the pocket expense for the medical test and you will be advised of the test results same day of testing by a doctor experienced in asbestos related lung diseases. The testing will be held at Local 12 on Hoke Street, please call for an appointment.

If you have any questions or comments, please contact me immediately.

_____
Union Representative