# Exhibit R



# RESPIRATORY TESTING SERVICES, Inc.

4362 Midmost Dr., Suite A • Mobile, AL 36609 • (251) 341-0206

July 23, 2002

<u>*VIA FACSIMILE: 432-4074*</u>

**COPY**

Charles J. Fleming, Esquire
Post Office Box 1204
Mobile, AL  36633

    RE:    Fitzgerald

Dear Charlie,

    Included along with this letter you will find a flight log documenting a trip made to Charlottesville, VA on July 25, 1997. This was my first meeting with Mike Fitzgerald. He had invited me to come for lunch and to present RTS's testing procedures. My pilot, Zac Johnson, also attended the presentation in which I outlined the way our screenings were held. At that time, the process included a full medical testing on site (mobile) with 2 views of x-rays read on site by a B-reader who would order a PFT, medical history and complete work history on patients showing any evidence of asbestosis. The price at that time was $775.00 for positives and $175.00 for negatives ($75.00 for x-ray and $100.00 for B-reader). The breakdown is as follows:

| | |
|---|---|
| Dr. | $ 250.00 |
| PFT — | 225.00 |
| X-ray | 175.00 |
| Sign-in/make appts. | <u>125.00</u> |
| | $ 775.00 |

At that meeting (with Zac Johnson as a witness) Fitzgerald agreed this procedure was the best method by which to handle a screening.

    I have also included a copy of some notes I found from a meeting I had with Mike Fitzgerald and Al Scadini in Branson, MO on August 26, 1999. These notes were confirmation of an earlier phone conversation I had with Mike Fitzgerald in May of 1999 detailing some changes in our previous agreement.

    If you have any questions, please give me a call.

Sincerely,

Charles E. Foster, Sr.

CEFSr/bpc
Enclosures

MOB - Mobile, AL
AHN - Athens, GA
CHO - Charlottesville, VA
PDK - Atlanta, GA
MOB - Mobile, AL

---

Date: 7/25/97　　　　　Hobbs Finish: 1487.6
Flight: MOB-AHN-CHO-PDK-MOB　Hobbs Start: 1479.2
　　　　　　　　　　　　　　　Total Time: 8.4
Charlie & John to Va.　　Oil L:　　　　Oil R:
Fuel: MOB 50.0 gal @ $2.19 = $119.50   AHN 89.0 gal @ $2.16 = $192.24
Squawks: CHO 92.6 gal @ $2.18 = $201.87   PDK 102.1 gal @ $2.30 = $234.83

Ab Scifi . Brayson mo. 8-16-77

FITZGARALO'S MEETING

1. SEE NOTE #12 — PHONE CALL'S ON MAIL OUTS = ~~1.25~~ .75 BECAUSE WE HAVE A AVERAGE OF 4 PHONE CALL'S PER APPOINTMENT, ALSO WE DO 2 MAIL OUTS. 1 FOR ALL UNION MEMBERS, AND WE MAIL OUT A APPOINTMENT LETTER TO EVERONE THAT HAS CALLED IN FOR APPOINTMENT AS A REMINDER

X 2. ~~PRICE ON SILICOSIS~~ SAME ~~= 650°° 175°° 100°°~~
POS. X-RAY ONLY 300°° 1/0

X 3. PRICE ON NEG. = ~~200°°~~ 135°° PO. WITH IN 10 DAYS OR TESTING
PRICE ON POS. = ~~650°°~~ 800°° SPIR 535°° WITH 200°° ~~PAID WITH IN 10 DAYS OF TESTING A BAL. OF 600°° DUE 180 DAYS OR 6 MONTHS OF TEST DATE~~

X 4. 1/2 OF TRAVEL EXPENSE ANYTHING OVER 500 MILES OF ~~OUR~~ MOBILE OFFICE (PLANE FARE OR RENTAL CARS OR VANS)

X 5. PAY FOR ALL SHIPING OF X-RAYS AND MEDICALS

6. 1/2 — PAY FOR MY EXPENSE TO GO TO THESE P/F TRADES AND BUILDING TRADES MEETING TO SPEAK AT THEM

7. (½ 9,) SPLIT THE COST OF ALL GIFTS AT PIPE TRADES AND BUILDING TRADES MEETING = GOLF BALLS - LETTER OPENERS HATS + COFFEE CUPS + MUGS ECT. DONATITION TO SPONSOR GOLF TOURNAMENTS

8. ~~WE ARE PAYING DR. SAME FOR POS + NEG.~~ ~~BURRY BODY IS GOING TO A FULL TEST ON EVERYONE ~~$100.00~~ BY ~~RAY~~ + PAT $225.00 WITH ~~BARBARA~~ $100.00 ON SITE AND THEN GOING BACK WITH INTERNAL MEDICAID DR. TO DO ~~PHYSICAL~~ $125.00 ON POS. OR FULL TEST $550.00 ON POS. + NEG. WITH $150.00 DUE WHEN MEDICALS ARE DELIVERED AND $200.00 DUE IN 180 AND $200.00 BAL DUE IN ANOTHER 180 DAYS~~

9. I DONATE MONEY FOR GOLF HOLES AND SOMETIMES HAVE TO SPONSOR DIFFERENT THING SUCH AS GIFTS TO RAFFLE OFF AT THESE CONVENTIONS. AND WE HAVE ALL RECEIPTS

10. I TAKE UNION OFFICIALS AND THEIR STAFF OUT TO EAT AT THESE MEETINGS SUCH AS $500.00 PLUS, AT COCO BEACH FLA. THE STATE @ PIPE FITTERS CONV., (N/H) NEW ENGLAND PIPE TRADES CONV. OVER $500.00 FOR FOOD, LAKE OF THE OZARK $300.00

11. IND® IN. GREEN MONEY + FOOD APPROX 450.00

12. ✓ FOLDING LETTER WILL CUT COST ON MAIL OUT BUT MOST OF THEM GET THROUGH IN TRASH BECAUSE PEOPLE THINK ITS JUNK MAIL, WE HAVE OUR MAIL OUT ENVELOPES PRINTED IMPORTED UNION INFORMATION! INSIDE

13. WHEN AL OR CHUCK GETS US A CONTACT WE PUT A LOT OF WORK AND TIME INN PUTTING TOGATHER A TESTING

NOTES AGREED ON IN FEB/ 1999
BY PHONE

```
DR.           225  250
PFT           175  225
X-RAY         150  175
S/REV
MAKE          100  125
APPOINTMENTS  650  795

X-RAY         @ 75
B-READ         100
```

MR. FITZGERALD INVITED ME TO COME TO CHARLETTSVILLE VA. FOR LUNCH AND TO PRESENT ATS'S TESTING PROCEDURE

#4 AS PER OUR MEETING ON JULY 25TH 1997 IN CHARLETTSVILLE VA. AFTER LUNCH I PRESENTED ATS'S SCREENING PROCEDURES AT THAT TIME THAT INCLUDED A FULL MEDICAL TESTING ON SITE (MOBILE) WITH 2 VIEWS OF X-RAYS READ ON SITE BY A B-READER MEDICAL HISTORY A COMPLETE WORK HISTORY THAT WOULD ORDER A PFT ON PATIENTS THAT HAD EVIDENCE OF ASBESTOSIS

Zac Johnson was pilot & was present when Fitz agreed this was best method

4362 Midmost Drive
Mobile, AL 36609
Phone   (334)341-0206
Fax     (334)341-0213

**Charles E. Foster Sr.
Respiratory Testing
Services, Inc.**



# Fax

To: Charlie Fleming        From: Bobbie
Fax: 432-4074              Pages: 6
Phone:                     Date: 7-23-02
Re:                        CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments: