# Exhibit T

RESPIRATORY TESTING SERVICES, INC.
RUBBER WORKERS UNION HALL
110 HOKE STREET
GADSDEN, AL.
1-800-997-8378 OR 1-205-547-5497

ID# GA4     DATE: 5/8/98

SSN# [redacted]     TEST: ✓     RETEST ____

NAME: (LAST) BOGGS     (FIRST) THOMAS     (MIDDLE) J.

ADDRESS: (STREET) [redacted]

(CITY) GADSDEN     (STATE) AL.     (ZIP) 35901

PH ( 256 ) 543-3006     ( )

REFERRAL FITZGERALD

HEIGHT: 73 INCHES   WEIGHT: 229 LBS   AGE: 54   SEX: (M) F

BIRTHDAY: 05 / 30 / 43     PHYSICIAN: SEGARRA

DIAGNOSIS: ____

✓ MARRIED ____ DIVORCED ____ WIDOWED ____ SINGLE

EVER SMOKED (Y) / N   QUIT: 19 95   # OF YRS SMOKED: 33   #PP: 1-1½ (1)   WK

OCCUPATION: LABORER, SYS. ENG., PRODUCT MGR, SLAB YARD FOREMAN - SHEAR YD " " FORE. GEN.

EXPOSURE HISTORY

| TYPE IND | | NAME | CITY/STATE | SUB-CONTRACTOR |
|---|---|---|---|---|
| | 63 TO 64 | ALA. HWY DEPT | ATTALLA, AL. | |
| | 63 TO NOW | AIR NATIONAL GUARD | | |
| | 65 TO NOW | GULF STATE STEEL | GADSDEN, AL. | |
| | TO | | | |
| | TO | | | |
| | TO | | | |
| | TO | | | |
| | TO | | | |

I, THE UNDERSIGNED, VERIFY THE WORK DATES LISTED ABOVE, AND I HAVE NEVER BEEN TESTED POSITIVE FOR HAVING ASBESTOSIS.

[signature]     5/8/98
SIGNATURE     DATE

MDL875-RTS-0000142048