# Exhibit W

Jay T. Segarr· I.D., FACP  NIOSH Certified B-Reader

*Board certified in Internal Medicine, Pulmonary Diseases, & Critical Care*
Camellia Place • 2123 Government Street • Ocean Springs, Mississippi 39564
Phone/Fax (228) 872-2411

**X-RAY EVALUATION**                                         April 9, 2002

Jones, Willie James                                          MCMC/TYL███████
                                                             DOB:███████

PA and lateral views of the chest dated 03/14/02 are reviewed for the presence of, and classification of pneumoconiosis according to the ILO (1980) classification.

Film quality is grade 1. There is a diffuse interstitial pattern throughout the upper and mid lung zones, consisting of small, rounded opacities of size and shape P/Q, profusion 1/0. Examination of the pleural surfaces demonstrates no pleural plaques, pleural thickening, or pleural calcifications. The mediastinum is not widened. No parenchymal infiltrates, effusions, nodules or masses are present. The trachea is midline. The heart size is normal. The mediastinal structures are unremarkable. The costophrenic angles are sharp. There are no other significant intrathoracic findings.

**IMPRESSION:**

RADIOGRAPHIC CHANGES CONSISTENT WITH SIMPLE SILICOSIS ASSUMING AN APPROPRIATE EXPOSURE HISTORY.

Jay T. Segarra, M.D., FACP

040902MC.MCIcal