# Exhibit Y

Case 3:09-cv-00083-HTW-LRA   Document 24-56   Filed 02/13/2009   Page 1 of 3



Jay T. Segarra M.D., FACP                     NIOSH Certified B-Reader

Board certified in Internal Medicine, Pulmonary Diseases, & Critical Care
Camellia Place • 2123 Government Street • Ocean Springs, Mississippi 39564
Phone/Fax (228) 872-2411

X-RAY EVALUATION                                          October 25, 2002

Jones, Willie                                             JC/LC
                                                          DOB:

HISTORY: History of asbestos and silica exposure, 1967-1981, foundry.

PA and lateral views of the chest dated September 9, 2002 are reviewed for the presence of, and classification of pneumoconiosis according to the ILO (1980) classification.

Film quality is grade 1. Examination of the lung parenchyma reveals a diffuse bilateral interstitial pattern consisting of rounded and irregular small opacities of size and shape P/S, ILO profusion 1/0 in all six lung zones. Examination of the pleural surfaces demonstrates no pleural plaques, pleural thickening, or pleural calcifications. No parenchymal infiltrates, nodules or masses are present. The trachea is midline. The heart size is normal and the mediastinal structures are unremarkable. There are no other significant intrathoracic findings. No earlier films are available for comparison.

IMPRESSION:

WITH REASONABLE MEDICAL CERTAINTY, RADIOGRAPHIC EVIDENCE FOR MIXED-DUST PNEUMOCONIOSIS ████████████████████ BASED ON AN APPROPRIATE EXPOSURE HISTORY.

Jay T. Segarra, M.D., FACP

102502.JCical

**Jay T. Segarra, M.D., FACP**  NIOSH Certified B-Reader
Camellia Place • 2123 Government Street • Ocean Springs, Mississippi 39564
Phone/Fax (228) 872-2411
*Board certified in Internal Medicine, Pulmonary Diseases, & Critical Care*

JONES, WILLIE

| WORKER'S Social Security Number | TYPE OF READING | FACILITY IDENTIFICATION |
|---|---|---|
| [redacted] | A [X] P | JC |

### 1A. DATE OF X-RAY: 09/19/02
### 1B. FILM QUALITY: [X] 1
### 1C. IS FILM COMPLETELY NEGATIVE? NO [X] — Proceed to Section 2

### 2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS? YES [X] — Complete 2B and 2C

**2B. SMALL OPACITIES**
- Shape/Size Primary: s
- Shape/Size Secondary: p
- Zones: R upper [X], R mid [X], R lower [X]; L upper [X], L mid [X], L lower [X]
- Profusion: 1/1 [X]

**2C. LARGE OPACITIES** — SIZE: [X] (none) / A / B / C

### 3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS? NO [X] — Proceed to Section 4

### 4A. ANY OTHER ABNORMALITIES? NO [X] — Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY):** (none marked)

**4C. OTHER COMMENTS:** _____

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?

### 5. FILM READER'S INITIALS: JTS
### DATE OF READING: 10/29/02