# Exhibit Z



Jay T. Segarra, M.D., FACP                              NIOSH Certified B-Reader

Board certified in Internal Medicine, Pulmonary Diseases, & Critical Care
Camellia Place • 2123 Government Street • Ocean Springs, Mississippi 39564
Phone/Fax (228) 872-2411

**OCCUPATIONAL LUNG DISEASE EVALUATION**                              June 27, 2003

Jones, Willie James                                                              HOR/TYL/LH 
                                                                                 DOB:
Tyler, TX 75701

**HISTORY:** This is a 62 year old laborer who reports occupational history as follows: He graduated high school in 1958. He worked in a poultry processing plant for eight years, from 1959-1967. He worked as a pipe grinder in a foundry from 1969-1975, where he had exposure to asbestos and silica dust. He ground pipe with a stone. He wore a paper mask and worked indoors most of the time. He worked for an electrical company from 1975-1978 building air conditioning units. He put insulation inside the units on an assembly line. He did not use any respiratory protection. From 1978-1980 he worked as a roustabout and welder's helper. He connected pipe. He removed pipe insulation and then re-insulated the pipe. He worked with a grinding wheel, holding down pipe and metals for the welders to weld the material. He did some sandblasting of pipes. He never used a mask during this activity. He worked outdoors and wore "dark shades" for eye protection. He states the insulation that he removed from the pipes was old and he believed that it contained asbestos. He worked for a county bridge department, packing holes in the roads, and built bridges, from 1981-1985. He built air conditioning units from 1985-1987 in a factory. From 1987 until the present time he has worked as a custodian, vacuuming floors, cleaning windows, and waxing floors. He smoked one package of cigarettes weekly for 47 years, quitting three months ago. He began smoking at the age of 15 (7 pack-years). There is a family history of heart disease. His father died at the age of 55. His mother lived to be 84. The patient himself has a past medical history limited to hypertension. He had left elbow surgery in 1979. He does not remember the names of his medications. On general systems review he describes a two-year history of moderate dyspnea upon exertion which has increased over the past year. He now gets short of breath vacuuming the house, mowing the lawn, or even getting dressed. He can walk half of a mile on level ground at a constant pace or climb one flight of stairs. He has had muscle aches in his chest area, but these are not related to exertion. He denies orthopnea or chronic cough.

**PHYSICAL EXAM:** This is a pleasant African-American man in no respiratory distress at rest. The patient is slightly overweight. There is a scar over the left shoulder. H: 69"; W: 204#; Pulse: 76 and regular; B/P: 140/88; Respirations: 17 per minute and unlabored. Head and neck: No adenopathy or jugular venous distention. Chest: Symmetric expansion. No obvious chest wall deformities. Lungs: Normal palpation and percussion. Clear to auscultation anteriorly and posteriorly to the bases. No rales, wheezes or rhonchi are heard. Heart: Regular rhythm, without murmurs, clicks, rubs, or gallops. Extremities: No clubbing, cyanosis, or edema.

**CHEST X-RAY:** PA and lateral views of the chest dated June 27, 2003 are reviewed for the presence of and classification of pneumoconiosis according to the ILO (1980) classification. Film quality is grade 1. Examination of the lung parenchyma reveals a diffuse bilateral interstitial pattern consisting of rounded and irregular small opacities of size and shape P/S, ILO profusion 1/1 in all six lung zones. Examination of the pleural surfaces demonstrates no pleural plaques, pleural thickening, or pleural calcifications. No parenchymal infiltrates, nodules, or masses are present. The trachea is midline. The heart size is normal. The mediastinal structures are unremarkable. There are no other significant intrathoracic findings. Compared to an earlier film dated 09/09/02, there has been no interval change.

**PULMONARY FUNCTION TESTING:** Performed in Tyler, TX on June 27, 2003 using Crapo/Hsu predicted values. Forced vital capacity (FVC) is 3.62 liters (l.), or 80% predicted (pred.). FEV1 is 2.66 l. (75% pred.).

062703.HORlcal

es, Willie James
e Two.

**PULMONARY FUNCTION TESTING:** (Cont'd) FEV1/FVC ratio is 73%. FEF 25%-75% is 1.95 l./sec. (58% pred.). Slow vital capacity is 3.74 l. (83% pred.). TLC is 6.06 l. (89% pred.). DlCO is 74% pred., based on an IVC of 3.47 l. Inspection of the volume-time curves, flow-volume loops and diffusion graphs reveals good performance and reproducibility during those portions of the test. These pulmonary function tests, after race correction, are within normal limits.

**DIAGNOSIS/IMPRESSION:** [123456789] Mixed-dust pneumoconiosis (silicosis and asbestosis), based on the appearance of the chest x-ray and exposure history. This condition is causing no measurable physiologic impairment at this time.

**PROGNOSIS/RECOMMENDATION:** Due to the long latency period between exposure to asbestos and silica dust and the onset of clinically significant silica-related and/or asbestos-related disease, the patient is at increased risk for the development of bronchogenic carcinoma, mesothelioma, certain other cancers, tuberculosis, as well as for deterioration in pulmonary function, even in the absence of additional asbestos or silica dust exposure. Since these conditions may occur many years after exposure has terminated, close clinical follow-up, annual pulmonary re-evaluation, and continued avoidance of tobacco consumption are recommended.

T. Segarra, M.D.

1. Health Effects of Occupational Exposure to Respirable Crystalline Silica, National Institute for Occupational Safety and Health, Publication No. 2002-129, April 2002
2. Silica and Silica Induced Lung Diseases, Castranova V, Vallyathan V, Wallace W, CRC Press 1996 Boca Raton, FL.
3. Morgan, WKC and GEF, JBL "Asbestos-Related Diseases" In Occupational Lung Diseases, Morgan and Seaton, ed., Third Edition, W. B. Saunders, Philadelphia 1995.
4. Goldsmith D, "Silica Exposure and Pulmonary Cancer" in Epidemiology of Lung Cancer, ed. Sammett J, Marcel M. Decker, 1994.
5. McCloud T C, Guest Ed., Occupational Lung Disease, The Radiologic Clinics of North America, Vol 30, No 6, Nov 1992.
6. Epler G R, Guest Ed., Occupational Lung Diseases, Clinics in Chest Medicine, Vol 13, No 2, June 1992.
7. "Asbestos-related Disorders" In Occupational Lung Disorders, W. Raymond Parkes, ed.; Third Edition; Butterworth-Heinemann Ltd., London 1994.
8. Occupational and Environmental Respiratory Disease, Harbor Schenker & Balms, 1996.
9. Recommendations For Control Of Occupational Safety and Health Hazards... Foundries, National Institute for Occupational Safety and Health, Division of Standards Development and Technology Transfer, Publication No. 85-116, September 1985

062703.HORIcal

**Jay T. Segarra, M. FACP** — *NIOSH Certified B-Reader*
Camellia Place • 2123 Government Street • Ocean Springs, Mississippi 39564
Phone/Fax (228) 872-2411
*Board certified in Internal Medicine, Pulmonary Diseases, & Critical Care*

WORKER'S Name: JONES, WILLIE JAMES

WORKER'S Social Security Number: [redacted]

TYPE OF READING: [X] A  [ ] P

FACILITY IDENTIFICATION: H o R

### 1A. DATE OF X-RAY
06-27-03

### 1B. FILM QUALITY
[X] 1  [ ] 2  [ ] 3  [ ] U/R

If Not Grade 1 Give Reason: _____

### 1C. IS FILM COMPLETELY NEGATIVE?
YES [ ] Proceed to Section 6    NO [ ] Proceed to Section 2

### 2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?
YES [X] COMPLETE 2B and 2C    NO [ ] PROCEED TO SECTION 3

### 2B. SMALL OPACITIES

a. SHAPE/SIZE
PRIMARY: [X] p / BECONDARY: [X] p

b. ZONES: [X] R upper, [X] R mid, [X] R lower; [X] L upper, [X] L mid, [X] L lower

c. PROFUSION: 1/1 marked

### 2C. LARGE OPACITIES
SIZE: [X] (none) / A / B / C

PROCEED TO SECTION 3

### 3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?
YES [ ]    NO [X] PROCEED TO SECTION 4

### 3B. PLEURAL THICKENING
(sections left blank)

### 3D. PLEURAL CALCIFICATION
(sections left blank)

### 4A. ANY OTHER ABNORMALITIES?
YES [ ]    NO [X] PROCEED TO SECTION 5

### 4B. OTHER SYMBOLS (OBLIGATORY)
[X] oo

Date Personal Physician notified? ___

### 4C. OTHER COMMENTS
_____

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C? YES / NO

### 5. FILM READER'S INITIALS: JTS

DATE OF READING: 06-27-03


*HOLLAND BIEBER & ASSOCIATES, P.A.*

Patient: Jones, Willie James
SS#: ███████

Age: 62   Height(In): 69   Weight(lb): 204
Gender: Male   Race: Black

Date: 06/27/03
Physician: Dr. J. Segarra
Technician: VA/MA

## Pulmonary Function Analysis



### Spirometry

| | | Ref | Pre Meas | Pre % Ref |
|---|---|---|---|---|
| FVC | Liters | 4.52 | 3.62 | 80 |
| FEV1 | Liters | 3.54 | 2.66 | 75 |
| FEV1/FVC | % | 78 | 73 | |
| FEF25-75% | L/sec | 3.35 | 1.95 | 58 |
| FEF50% | L/sec | | 2.76 | |
| PEF | L/sec | | 8.32 | |

### Lung Volumes

| | | Ref | Pre Meas | Pre % Ref |
|---|---|---|---|---|
| VC | Liters | 4.52 | 3.74 | 83 |
| IC | Liters | 2.99 | 3.17 | 106 |
| ERV | Liters | 1.49 | 0.39 | 26 |
| FRC N2 | Liters | 3.53 | 2.89 | 82 |
| RV | Liters | 2.22 | 2.32 | 104 |
| TLC | Liters | 6.78 | 6.06 | 89 |
| RV/TLC | % | 33 | 38 | |



### Diffusion

| | | Ref | Pre Meas | Pre % Ref |
|---|---|---|---|---|
| DLCO | mL/mmHg/min | 32.9 | 24.3 | 74 |
| VA | Liters | | 5.59 | |
| DLCO/VA | mL/mmHg/min/L | 4.97 | 4.35 | 88 |
| IVC | Liters | | 3.47 | |

Comments:
Good effort for all PFTs

Any Info: Heygood, Orr & Reyes
City: Tyler, TX

PF Reference: Crapo/Hsu

HOLLAND BIEBER & ASSOC    ES, INC.

Date: 06/27/03   Heygood, Orr & Reyes     Pre

Single Breath DLCO — Jones, Willie James

|         | Ref  | Best | % Ref | 1     |
|---------|------|------|-------|-------|
| DLCO    | 32.9 | 23.1 | 70    | 23.1  |
| DL Adj  | 32.9 | 23.1 | 70    | 23.1  |
| IVC     |      | 3.53 |       | 3.53  |
| VA      |      | 5.61 |       | 5.61  |
| DL/VA Adj |    | 4.12 |       | 4.12  |



Trial 1   Discard 0.75   CH4 0.177   Collection 1.00   CO 0.057

HOLLAND BIEBER & ASSOCIATES, INC.

Date: 06/27/03   Heygood, Orr & Reyes   Pre

Single Breath DLCO — Jones, Willie James

|  | Ref | Best | % Ref | 1 | 2 |
|---|---|---|---|---|---|
| DLCO | 32.8 | 24.3 | 74 | 23.1 | 25.5 |
| DL Adj | 32.8 | 24.3 | 74 | 23.1 | 25.5 |
| SVC |  | 3.47 |  | 3.53 | 3.41 |
| VA |  | 5.59 |  | 5.61 | 5.58 |
| DL/VA Adj |  | 4.35 |  | 4.12 | 4.58 |



HOLLAND BIEBER & ASSOCIATES, INC.

Date: 08/27/03    Heygood, Orr & Reyes    Pre

Flow Volume Loop — Jones, Willie James

| | Ref | Best | % Ref | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| FVC | 4.52 | 3.62 | 80 | 3.04 | 0.11 | 3.58 | 3.62 | 3.54 | 3.60 |
| FEV1 | 3.54 | 2.66 | 75 | 2.24 | 0.10 | 2.71 | 2.63 | 2.61 | 2.66 |
| FEV1/FVC | 78 | 73 | | 74 | 94 | 76 | 73 | 74 | :74 |
| FEF25-75% | 3.35 | 1.95 | 58 | 1.68 | 0.42 | 2.25 | 1.88 | 1.86 | 1.95 |
| PEF | | 8.32 | | 5.81 | 0.44 | 6.43 | 7.10 | 8.18 | 8.32 |

