# Exhibit AA

## SEGARRA FLOPS

## WILLIE JONES   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

|  | X-RAY EVALUATION April 9, 2002 | X-RAY EVALUATION & ILO October 25, 2002 | OCCUPATIONAL LUNG DISEASE EVALUATION & ILO February 27, 2003 | OCCUPATIONAL LUNG DISEASE EVALUATION, ILO & PFT June 27, 2003 |
|---|---|---|---|---|
| X-Ray Date | March 14, 2002 | September 9, 2002 | February 27, 2003 | June 27, 2003 |
| Quality | 1 | 1 | 1 | 1 |
| Small Opacities | *P/Q | *P/S | *P/Q | *P/S |
| Profusion | 1/0 | 1/0 | 1/0 | 1/1 |
| Lung Zones | Upper, mid | All | Upper, mid | All |
| Impression / Diagnosis | *Silicosis | *Mixed-Dust Pneumoconiosis (Silicosis and Asbestosis) | *Silicosis "No radiographic evidence for pulmonary asbestosis." | *Mixed-Dust Pneumoconiosis (Silicosis and Asbestosis) |
| Pleural | "Examination of the pleural surfaces demonstrates no pleural plaques, pleural thickening, or pleural calcifications." | "Examination of the pleural surfaces demonstrates no pleural plaques, pleural thickening, or pleural calcifications." | "Examination of the pleural surfaces demonstrates no pleural plaques, pleural thickening, or pleural calcifications." | "Examination of the pleural surfaces demonstrates no pleural plaques, pleural thickening, or pleural calcifications." |
| Comparison | Not provided | "No earlier films are available for comparison." | "Compared to an earlier film dated 3/14/02, there has been no interval change, especially after allowing for the fact that the older film was overexposed." | "Compared to an earlier film dated 9/9/02, there has been no interval change." |
| Screener |  |  | Holland Bieber | Holland Bieber |
| Location | Tyler, Texas | Not provided | Tyler, Texas | Tyler, Texas |
| Lawyer Code | MCMC/TYL | JC/LC | McMc/TYL/LH | HOR/TYL/LH |
| Exposure History | Not provided | "History of asbestos and silica exposure, | 1967-1975- worked in a foundry as a | "He worked as a pipe grinder in a |

| | | | 1967-1981, foundry." | pipe grinder. "He is not sure about asbestos exposure at this location. He did have heavy sand exposure from sand molds from which the pipes were extracted." 1978-1982-worked as a roustabout and welder's helper in an oil refinery. "He had daily exposure to dust from sandblasters without respiratory protection." | foundry from 1969-1975, where he had exposure to asbestos and silica dust." From 1978-1980 he worked as a roustabout and welder's helper. "He states that the insulation that he removed from the pipes was old and he believes that it contained asbestos." |

| | |
|---|---|
| Silicosis | *Bobby Gene Conaway, et al. v. Aearo Company, et al.,* No. 022928C, 241st JDC, filed by Brent Coon & Associates on October 25, 2002.<br>*Scott Cleveland, et al. v. Air Liquide America Corporation,* No. CC-03-18132-E, Dallas County, Texas County Law Court, filed by Heygood, Orr & Reyes, on February 17, 2003. |
| Asbestosis | *Antonio R. Moya, et al. v. A.M.F. Incorporated, et al.,* No. 03-2543-B, Dallas County, Texas County Law Court, filed by Brent Coon & Associates on March 6, 2003. |