# Exhibit DD



**James W. Ballard, M.D.**　　　　　　　　　　　　　　**NIOSH Certified B-Reader**
3832 Knollwood Drive　●　Birmingham, AL 35243

**X-RAY EVALUATION**

November 28, 2000

Larry O. Norris
Norris & Phelps, Attorneys at Law

Hattiesburg, MS 39403

Re: James, Lanier　　　　　　　　　　　　　　　　　　　　　　　SSN:

PA view of the chest dated 05/03/00 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 1. Inspection of the lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape s/t, profusion 1/0.

Pleural plaques are seen face on bilaterally, extent of 2 bilaterally. Pleural thickening is seen in the minor fissure. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal and pleural changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard* (signature)

James W. Ballard, M.D.

112800.rpt[acb/b]

XpdfViewer/XpdfPrint (TM) - evaluation - Copyright 1996-2004 Glyph & Cog, LLC

MDL-1553-CRMC-0032043

*Jones, Aurice*

## WORKER'S SOCIAL SECURITY NUMBER
[REDACTED]

### TYPE OF READING
A [ ] B [X]

### FACILITY IDENTIFICATION
[ ][ ][ ][ ]

**1A. DATE OF X-RAY**
MONTH: 05  DAY: 03  YEAR: 00

**1B. FILM QUALITY**
1 [X]  2 [ ]  3 [ ]  U/R [ ]

**1C. IS FILM COMPLETELY NEGATIVE?**
YES [ ] Proceed to Section 5
NO [X] Proceed to Section 2

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES [X] COMPLETE 2B and 2C
NO [ ] Proceed to Section 3

**2B. SMALL OPACITIES**
- a. SHAPE/SIZE
  - PRIMARY: R [X]
  - SECONDARY: R [ ], S [X]
- b. ZONES: (marked)
- c. PROFUSION: 1/1 marked

**2C. LARGE OPACITIES**
SIZE: A [ ], B [ ], C [ ]

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**
YES [X] COMPLETE 3B, 3C and 3D
NO [ ] Proceed to Section 4

**3B. PLEURAL THICKENING**
- a. DIAPHRAGM (plaque)
  - SITE: R [X]  L [ ]
- b. COSTOPHRENIC ANGLE
  - SITE: R [X]  L [ ]

**3C. PLEURAL THICKENING – Chest Wall**
- a. CIRCUMSCRIBED (plaque)
- b. DIFFUSE

**3D. PLEURAL CALCIFICATION**

**4A. ANY OTHER ABNORMALITIES?**
YES [X] COMPLETE 4B and 4C
NO [ ] Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

**4C. OTHER COMMENTS**

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?
YES [ ] NO [ ]

**5. FILM READER'S INITIALS:** JWB

**PHYSICIAN'S SOCIAL SECURITY NUMBER:** [REDACTED]

**DATE OF READING:** MONTH 07 DAY 26 YEAR 00

MDL-1553-CRMC-0055909