# Exhibit EE

**James W. Ballard, M.D.**
4012 Greystone Drive • Birmingham, AL 35242
P.O. Box 381091 • Birmingham, AL 35238

**NIOSH Certified B-Reader**
Licensed B-Reader in Alabama and Florida

**X-RAY EVALUATION**                                          Representing Silicosis Only!

June 6, 2002

Re: James, Lander                                             SSN: ███

Chest radiograph(s) dated 04/27/02 is reviewed for the presence of and classification of pneumoconiosis according to the ILO 80 classification.

Film quality is grade 2 due to slight underexposure. Inspection of the lung parenchyma demonstrates interstitial changes in all six lung zones consisting of small irregular and rounded opacities of size and shape s/p, profusion 1/1.

There are no pleural plaques or pleural calcifications. Pleural thickening is seen in the minor fissure. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal changes are consistent with asbestosis/mixed-dust disease provided the subject's exposure history and period of latency are appropriate.

*James W. Ballard, M.D.*

James W. Ballard, M.D.

XrayReadPrint (TM) - evaluation - Copyright 1996-2004 Glyph & Cog, LLC

James Lanier

WORKER'S Social Security Number

[redacted]

TYPE OF READING: A ☒ P

FACILITY IDENTIFICATION

**1A. DATE OF X-RAY** — MONTH 04 / DAY 27 / YEAR 02

**1B. FILM QUALITY** — 1 ☒2 3 U/R — Slightly over exposed

**1C. IS FILM COMPLETELY NEGATIVE?** YES ☐ Proceed to Section 5 — NO ☒ Proceed to Section 2

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☒ COMPLETE 2B and 2C — NO ☐ Proceed to Section 3

**2B. SMALL OPACITIES**

a. SHAPE / SIZE

| PRIMARY | | SECONDARY | |
|---|---|---|---|
| p | ☒s | ☒p | s |
| q | t | q | t |
| r | u | r | u |

b. ZONES

| R | L |
|---|---|
| ☒ | ☒ |
| ☒ | ☒ |
| ☒ | ☒ |

c. PROFUSION

| | | |
|---|---|---|
| 0/- | 0/0 | 0/1 |
| 1/0 | ☒1/1 | 1/2 |
| 2/1 | 2/2 | 2/3 |
| 3/2 | 3/3 | 3/+ |

**2C. LARGE OPACITIES** — SIZE ☒0 A B C — Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES ☐ COMPLETE 3B, 3C and 3D — NO ☒ Proceed to Section 4

**3B. PLEURAL THICKENING**

a. DIAPHRAGM (plaque) — SITE O R L

b. COSTOPHRENIC ANGLE — SITE O R L

**3C. PLEURAL THICKENING ... Chest Wall**

a. CIRCUMSCRIBED (plaque)

| | Right | | | | Left | | | |
|---|---|---|---|---|---|---|---|---|
| SITE | O | R | | | O | L | | |
| IN PROFILE WIDTH | O | A | B | C | O | A | B | C |
| EXTENT | O | 1 | 2 | 3 | O | 1 | 2 | 3 |
| FACE ON EXTENT | O | 1 | 2 | 3 | O | 1 | 2 | 3 |

b. DIFFUSE

| | Right | | | | Left | | | |
|---|---|---|---|---|---|---|---|---|
| SITE | O | R | | | O | L | | |
| IN PROFILE WIDTH | O | A | B | C | O | A | B | C |
| EXTENT | O | 1 | 2 | 3 | O | 1 | 2 | 3 |
| FACE ON EXTENT | O | 1 | 2 | 3 | O | 1 | 2 | 3 |

**3D. PLEURAL CALCIFICATION**

| | SITE O R — EXTENT | | | | SITE O L — EXTENT | | | |
|---|---|---|---|---|---|---|---|---|
| a. DIAPHRAGM | O | 1 | 2 | 3 | O | 1 | 2 | 3 |
| b. WALL | O | 1 | 2 | 3 | O | 1 | 2 | 3 |
| c. OTHER SITES | O | 1 | 2 | 3 | O | 1 | 2 | 3 |

Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES?** YES ☒ COMPLETE 4B and 4C — NO ☐ Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY)**

O ax bu ca cn co cp cv di ef em es fr hi ho id ih kl ☒pi px rp tb

(SPECIFY od)

Report items which may be of present clinical significance in this section. OD

Date Personal Physician notified? MONTH DAY YR

**4C. OTHER COMMENTS**

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C. YES NO Proceed to Section 5

**5. FILM READER'S INITIALS** — JWB

PHYSICIAN'S SOCIAL SECURITY NUMBER*

[redacted]

DATE OF READING — MONTH 06 / DAY 06 / YR 02

Complete if social security number is not furnished: NAME (LAST—FIRST—MIDDLE)

STREET ADDRESS CITY STATE ZIP CODE

*Furnishing your social security number is voluntary. Your refusal to provide this number will not affect your right to participate in this program.

P-2-1396 REV. 10/79

MDL 1553

HOOPER 052701