# Exhibit FF



# James W. Ballard, M.D.                    NIOSH Certified B-Reader

3932 Knollwood Drive ● Birmingham, AL 35243
Phone (205) 967-1689

POC# 700900

X-RAY EVALUATION
February 14, 2000

Ball, Angelean                    —                    RTS\LVM49

PA and lateral views of the chest dated 10/15/99 are reviewed for the presence of, and classification of pneumoconiosis according to the ILO (1980) classification.

Film quality is grade 2 due to slight underexposure. Inspection of the lung parenchyma demonstrates interstitial changes in the mid and lower lung zones bilaterally, consisting of small and irregular opacities of size and shape S/T, profusion 1/0.

Pleural plaques are seen face on bilaterally, extent of 3 bilaterally. No parenchymal infiltrates, nodules or masses are seen. The heart is of normal size and the mediastinal structures are unremarkable.

CONCLUSION: The above parenchymal and pleural changes are consistent with asbestosis provided the subject's exposure history and period of latency are appropriate.

James W. Ballard, M.D.

021400.fos[acb]

MDL-1553-CRMC-0001311

Ball, Angeleon

**WORKER'S Social Security Number** | **TYPE OF READING** A [✗] P | **FACILITY IDENTIFICATION**

| | | | |
|---|---|---|---|
| 1A. DATE OF X-RAY: MONTH 10 / DAY 15 / YEAR 95 | 1B. FILM QUALITY: [2] (1, 2, 3, U/R) — If not Grade 1 Give Reason: Slightly underexposed | 1C. IS FILM COMPLETELY NEGATIVE? YES ☐ Proceed to Section 5 / NO [✗] Proceed to Section 2 | |

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES [✗] COMPLETE 2B and 2C / NO ☐ Proceed to Section 3

**2B. SMALL OPACITIES**
- a. SHAPE/SIZE — PRIMARY: q / SECONDARY: q
- b. ZONES: (marked upper right and left)
- c. PROFUSION: 1/0 (marked)

**2C. LARGE OPACITIES** — SIZE: 0 (marked), A, B, C → Proceed to Section 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?** YES [✗] COMPLETE 3B, 3C and 3D / NO ☐ Proceed to Section 4

**3B. PLEURAL THICKENING**
- a. DIAPHRAGM (plaque) — SITE: [✗] R, L
- b. COSTOPHRENIC ANGLE — SITE: [✗] R, L

**3C. PLEURAL THICKENING... Chest Wall**
- a. CIRCUMSCRIBED (plaque)
  - SITE: 0 / [R]; IN PROFILE: WIDTH [0], A, B, C; EXTENT [1], 2, 3
  - SITE: 0 / [L]; IN PROFILE: WIDTH [A marked], B, C; EXTENT [1 marked], 2, 3
  - FACE ON — EXTENT: 0, 1, 2 [✗]; 0, 1, 2 [✗]
- b. DIFFUSE
  - SITE: [0] R; IN PROFILE: WIDTH 0, A, B, C; EXTENT 0, 1, 2, 3
  - SITE: [0] L; IN PROFILE: WIDTH 0, A, B, C; EXTENT 0, 1, 2, 3
  - FACE ON — EXTENT: 0, 1, 2, 3

**3D. PLEURAL CALCIFICATION**
- SITE: [0] R — EXTENT
  - a. DIAPHRAGM: 0, 1, 2, 3
  - b. WALL: 0, 1, 2, 3
  - c. OTHER SITES: 0, 1, 2, 3
- SITE: [0] L — EXTENT
  - a. DIAPHRAGM: 0, 1, 2, 3
  - b. WALL: 0, 1, 2, 3
  - c. OTHER SITES: 0, 1, 2, 3

→ Proceed to Section 4

**4A. ANY OTHER ABNORMALITIES?** YES ☐ COMPLETE 4B and 4C / NO [✗] Proceed to Section 5

**4B. OTHER SYMBOLS (OBLIGATORY):** 0, ax, bu, ca, cn, co, cp, cv, di, ef, em, es, fr, hi, ho, id, ih, kl, pi, px, rp, tb
(SPECIFY od.) — [od]
Report items which may be of present clinical significance in this section.
Date Personal Physician notified? MONTH / DAY / YR

**4C. OTHER COMMENTS** _____

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C. YES / NO — Proceed to Section 5

**5. FILM READER'S INITIALS:** JWB   **PHYSICIAN'S SOCIAL SECURITY NUMBER***   **DATE OF READING:** MONTH 02 / DAY 14 / YR 00

Complete if social security number is not furnished:
NAME (LAST—FIRST—MIDDLE)
STREET ADDRESS   CITY   STATE   ZIP CODE

*Furnishing your social security number is voluntary. Your refusal to provide this number will not affect your right to participate in this program.

P-61-5206 REV. 11/91 P